JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYNOR FELIX, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-01698-JWH-(KESx)<br><br>**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge: John W. Holcomb |

**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT**

Per the stipulation of the Parties, it is hereby **ORDERED** that this action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated:  May 28, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-
**ORDER ON JOINT STIPULATION TO REMAND CASE TO STATE COURT**